IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**,
1156 15th Street NW, Suite 1250
Washington, D.C. 20005

        Plaintiff,

v.

**FEDERAL BUREAU OF INVESTIGATION,**
935 Pennsylvania Avenue, NW
Washington, D.C. 20535

and

**UNITED STATES DEPARTMENT OF JUSTICE**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

        Defendants.

Civil Action No. 1:17-cv-01701

**NOTICE OF FILING OF PROOF OF SERVICE**

Plaintiff respectfully submits the attached Affidavit of Mailing and attachments as proof that service of process has been effected on the United States Attorney General in the above-captioned matter.

Dated: August 29, 2017

        Respectfully submitted,

        */s/ Katie Townsend*
        Katie Townsend
        D.C. Bar No. 1026115
        THE REPORTERS COMMITTEE
        FOR FREEDOM OF THE PRESS
        1156 15th Street N.W., Suite 1250

Tel: (202) 795-9300
*Counsel for Plaintiff*

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

The Reporters Committee for Freedom of the Press

Plaintiff(s)

vs.

Federal Bureau of Investigation, U.S. Department of Justice

Defendant(s)

Civil Action No. 1:17-cv-01701

## AFFIDAVIT OF MAILING

I, Jennifer A. Nelson, hereby state that:

On the 22nd day of August, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, ~~restricted delivery~~, addressed to the following defendant:

U.S. Attorney General, United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

I have received the receipt for the certified mail, No. 70163560000076176249 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 24th day of August, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

08/29/2017
(Date)

*[Signature]*
(Signature)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20530

| Certified Mail Fee | $3.35 | | 0233 |
| --- | --- | --- | --- |
| $ | | $2.75 | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ $0.00
☐ Return Receipt (electronic)          $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required             $ $0.00
☐ Adult Signature Restricted Delivery  $ $0.00

Postage
$  $6.95

Total Postage and Fees
$  $13.05

Postmark Here
AUG 22 2017
08/22/2017

Tracking: 7016 3560 0000 7617 6249

Sent To: US Attorney General US Dpt of Justice
Street and Apt. No., or PO Box No.: 950 Pensylvania Ave NW
City, State, ZIP+4®: Washington DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Case 1:17-cv-01701-RC   Document 4   Filed 08/29/17   Page 5 of 5

# USPS Tracking® Results

Tracking / FAQs

**Track Another Package** +

Remove ✕

**Tracking Number:** 70163560000076176249

**Delivered**

**Updated Delivery Day:** Thursday, August 24, 2017

**Product & Tracking Information**                    See Available Actions

**Postal Product:**         **Features:**
Priority Mail™              Certified Mail™
                            Up to $50 insurance included
                            Restrictions Apply

See tracking for related item: 9590940227226351516129

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| August 24, 2017, 5:20 am | Delivered | WASHINGTON, DC 20530 |
| | Your item was delivered at 5:20 am on August 24, 2017 in WASHINGTON, DC 20530. | |
| August 23, 2017, 12:43 pm | Available for Pickup | WASHINGTON, DC 20530 |
| August 23, 2017, 12:26 pm | Arrived at Unit | WASHINGTON, DC 20018 |
| August 23, 2017, 6:46 am | Arrived at USPS Regional Facility | WASHINGTON DC DISTRIBUTION CENTER |

See More ⌄

**Available Actions**

Text Updates ⌄

Email Updates ⌄

See Less ⌃

### Can't find what you're looking for?
Go to our FAQs section to find answers to your tracking questions.

**FAQs**



### There's an easier way to track your packages.

Why jump from page to page to track packages being sent to you? With My USPS™, you can easily track all your packages in one place. Sign up to:

- Set up automatic email and text alerts, so you'll never have to manually track a package again
- Provide delivery instructions, so your carrier knows where to leave packages

**Sign Up**
**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.