IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS**, <br> 1156 15th Street NW, Suite 1250 <br> Washington, D.C. 20005 <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION,** <br> 935 Pennsylvania Avenue, NW <br> Washington, D.C. 20535 <br><br> and <br><br> **UNITED STATES DEPARTMENT OF JUSTICE** <br> 950 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20530 <br><br> Defendants. | Civil Action No. 1:17-cv-01701 |

**NOTICE OF FILING OF PROOF OF SERVICE**

Plaintiff respectfully submits the attached Affidavit of Mailing and attachments as proof that service of process has been effected on the U.S. Attorney for the District of Columbia in the above-captioned matter.

Dated:  August 29, 2017

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115
THE REPORTERS COMMITTEE
FOR FREEDOM OF THE PRESS
1156 15th Street N.W., Suite 1250

Tel: (202) 795-9300
*Counsel for Plaintiff*

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

The Reporters Committee for Freedom of the Press

_____
Plaintiff(s)

vs.

Federal Bureau of Investigation,
U.S. Department of Justice
_____
Defendant(s)

Civil Action No. 1:17-cv-01701

### AFFIDAVIT OF MAILING

I, Jennifer A. Nelson, hereby state that:

On the 22nd day of August, 2017, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Attorney, Civil Process Clerk
555 4th Street N.W.
Washington, D.C. 20530

I have received the receipt for the certified mail, No. 70163560000076176256 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 24th day of August, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

08/29/2017
(Date)

(Signature)



