UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE<br>FOR FREEDOM OF THE PRESS,<br><br>    *Plaintiff*,<br><br>  v.<br><br>FEDERAL BUREAU<br>OF INVESTIGATION, *et al.*,<br><br>    *Defendants*. | Case 1:17-cv-01701-RC |

## JOINT STATUS REPORT

  Plaintiff, Reporters Committee for Freedom of the Press, and Defendants, the United States Department of Justice and the Federal Bureau of Investigation ("FBI"), submit this joint status report in response to the Court's minute order dated September 25, 2017.

  1. On August 21, 2017, Plaintiff filed a complaint with this Court alleging that Defendants had failed to comply with their obligations under the Freedom of Information Act ("FOIA") to release requested records concerning the FBI's impersonation of documentary filmmakers and film crews. [ECF No. 1, ¶ 2.] Defendants filed an answer on September 25, 2017. [ECF No. 8.] Later on September 25, the Court issued a minute order directing the parties to "meet, confer, and submit a proposed briefing schedule on or before October 10, 2017."

  2. At present, the FBI is still completing its searches for records responsive to Plaintiff's request. It expects to complete those searches within the next 30 days, at which time it will be in a better position to assess how long it will take to process and release records, confer with Plaintiff, and bring this case to a posture appropriate for summary judgment motions (if necessary). Accordingly, the parties jointly request that the Court defer the entry of a briefing

schedule at this time. Based on the FBI's good-faith projection that it will complete its searches for records responsive to Plaintiff's request in 30 days, on or before **November 9, 2017**, the parties jointly request that the Court direct the parties to meet and confer, and submit a proposed briefing schedule to the Court thereafter, on or before **November 22, 2017**.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| /s/ Katie Townsend<br>KATIE TOWNSEND, D.C. Bar # 1026115<br>1156 15th Street, NW, Suite 1250<br>Washington, District of Columbia 20005<br>Telephone: 202 795 9300<br>ktownsend@rcfp.org | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| | By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Dated: October 10, 2017