UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE<br>FOR FREEDOM OF THE PRESS,<br><br>        *Plaintiff*,<br><br>    v.<br><br>FEDERAL BUREAU<br>OF INVESTIGATION, *et al.*,<br><br>        *Defendants*. | Case 1:17-cv-01701-RC |

## JOINT STATUS REPORT

Plaintiff, Reporters Committee for Freedom of the Press, and Defendants, the Federal Bureau of Investigation ("FBI") and the United States Department of Justice, submit this joint status report in response to the Court's minute order dated November 22, 2017.[1]

1.    On August 21, 2017, Plaintiff filed a complaint alleging that Defendants had violated the Freedom of Information Act ("FOIA") by not releasing requested records concerning the FBI's impersonation of documentary filmmakers and film crews. [ECF No. 1, ¶ 2.] Defendants filed an answer on September 25, 2017. [ECF No. 8.] Later on September 25, the Court issued a minute order directing the parties to "meet, confer, and submit a proposed briefing schedule on or before October 10, 2017."

2.    In their October 10, 2017, status report, the parties stated that the FBI was still completing its searches for records responsive to Plaintiff's request and expected to complete those

---

[1] This report was originally due on January 22, 2018. On January 20, however, funding for the Department of Justice and the FBI lapsed, and Defendants were required to seek a stay of the parties' obligation to file the report until funding had been restored. Funding was restored late yesterday, January 22, so the stay is no longer needed.

searches within the next 30 days. In a November 22, 2017, status report the FBI stated that the process had been more complicated than anticipated due, in part, to some of the potentially responsive records being located in the case files of an ongoing criminal litigation in Las Vegas, Nevada: *United States v. Bundy, et al.*, No. 16-cr-00046 (D. Nev.).

3.     Since the last status report, the FBI arranged for personnel from its headquarters office to travel to Las Vegas, Nevada on January 21, 2018, to collect documents from the case files of the ongoing criminal litigation, copy them, and send them back to headquarters to be reviewed for responsiveness to Plaintiff's FOIA request. On January 20, 2018, however, the appropriations to the FBI and Department of Justice lapsed, and the travel had to be cancelled. The *Bundy* case was dismissed on January 8, 2018. *See* Judgment of Dismissal, *United States v. Bundy, et al.*, No. 16-cr-00046 (D. Nev.), ECF No. 3117. Currently, staff in Las Vegas, Nevada are copying and sending the case-file materials to headquarters.

4.     Until Defendants have received the files from Las Vegas, they will not be able to provide an estimated schedule for the review and processing of potentially responsive records. Accordingly, the parties request that the Court order them to submit another joint status report on or before **March 8, 2018**.

*     *     *

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| THE REPORTERS COMMITTEE FOR<br>  FREEDOM OF THE PRESS | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
|   /s/ Katie Townsend<br>KATIE TOWNSEND, D.C. Bar # 1026115<br>1156 15th Street, NW, Suite 1250<br>Washington, District of Columbia 20005<br>Telephone: 202 795 9300<br>ktownsend@rcfp.org | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:   /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Dated: January 23, 2018