UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE<br>FOR FREEDOM OF THE PRESS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU<br>OF INVESTIGATION, *et al.*,<br><br>*Defendants*. | Case 1:17-cv-01701-RC |

## JOINT STATUS REPORT

Plaintiff, Reporters Committee for Freedom of the Press, and Defendants, the Federal Bureau of Investigation ("FBI") and the United States Department of Justice, submit this joint status report in response to the Court's minute order dated January 23, 2018.

1.      On August 21, 2017, Plaintiff filed a complaint alleging that Defendants had violated the Freedom of Information Act ("FOIA") by failing to respond to its eight-part request for certain records related to the FBI's impersonation of documentary filmmakers and film crews. [ECF No. 1, ¶ 2.] Defendants filed an answer on September 25, 2017. [ECF No. 8.] Later on September 25, the Court issued a minute order directing the parties to "meet, confer, and submit a proposed briefing schedule on or before October 10, 2017."

2.      In their October 10, 2017, status report, the parties stated that the FBI was still completing its searches for records responsive to Plaintiff's request and expected to complete those searches within the next 30 days. In a November 22, 2017, status report the FBI stated that the process had been more complicated than anticipated due, in part, to some of the potentially responsive records being located in the case files of an ongoing criminal litigation in Las Vegas, Nevada: *United States v. Bundy, et al.*, No. 16-cr-00046 (D. Nev.).  In a January 23, 2018, status

Case 1:17-cv-01701-RC   Document 14   Filed 03/08/18   Page 2 of 2

report, the FBI reported that it had arranged for personnel from its headquarters office to travel to Las Vegas, Nevada on January 21, 2018, to collect documents from the case files of the ongoing criminal litigation, copy them, and send them back to headquarters to be reviewed for responsiveness to Plaintiff's FOIA request. On January 20, 2018, however, the appropriations to the FBI and Department of Justice lapsed, and the travel had to be cancelled. The *Bundy* case was dismissed on January 8, 2018. *See* Judgment of Dismissal, *United States v. Bundy, et al.*, No. 16-cr-00046 (D. Nev.), ECF No. 3117. Thereafter, staff in Las Vegas, Nevada began copying and sending the case-file materials to headquarters.

3.	Since the last status report, the FBI has made what it believes to be a final release of records responsive to item 8 of Plaintiff's request. It has also collected potentially responsive records for other items in the request, but it estimates that it would take approximately 13 years to review those documents for responsiveness and to determine whether any part of them is exempt from release. The parties have agreed to continue to meet and confer and propose to file another joint status report in 32 days, on or before Monday, April 9, 2018, updating the Court on the status of their discussions.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| /s/ Katie Townsend<br>KATIE TOWNSEND, D.C. Bar # 1026115<br>1156 15th Street, NW, Suite 1250<br>Washington, District of Columbia 20005<br>Telephone: 202 795 9300<br>ktownsend@rcfp.org | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| Dated: March 8, 2018 | |

2

report, the FBI reported that it had arranged for personnel from its headquarters office to travel to Las Vegas, Nevada on January 21, 2018, to collect documents from the case files of the ongoing criminal litigation, copy them, and send them back to headquarters to be reviewed for responsiveness to Plaintiff's FOIA request. On January 20, 2018, however, the appropriations to the FBI and Department of Justice lapsed, and the travel had to be cancelled. The *Bundy* case was dismissed on January 8, 2018. *See* Judgment of Dismissal, *United States v. Bundy, et al.*, No. 16-cr-00046 (D. Nev.), ECF No. 3117. Thereafter, staff in Las Vegas, Nevada began copying and sending the case-file materials to headquarters.

3.	Since the last status report, the FBI has made what it believes to be a final release of records responsive to item 8 of Plaintiff's request. It has also collected potentially responsive records for other items in the request, but it estimates that it would take approximately 13 years to review those documents for responsiveness and to determine whether any part of them is exempt from release. The parties have agreed to continue to meet and confer and propose to file another joint status report in 32 days, on or before Monday, April 9, 2018, updating the Court on the status of their discussions.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| /s/ Katie Townsend<br>KATIE TOWNSEND, D.C. Bar # 1026115<br>1156 15th Street, NW, Suite 1250<br>Washington, District of Columbia 20005<br>Telephone: 202 795 9300<br>ktownsend@rcfp.org | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| Dated: March 8, 2018 | |