UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE<br>FOR FREEDOM OF THE PRESS,<br><br>    *Plaintiff*,<br><br>    v.<br><br>FEDERAL BUREAU<br>OF INVESTIGATION, *et al.*,<br><br>    *Defendants*. | Case 1:17-cv-01701-RC |

### JOINT MOTION TO ENTER SCHEDULING ORDER

On April 24, 2018, this Court entered an order directing the parties to submit a proposed schedule for briefing on the Defendants' *Glomar* responses under Exemption 7(E) of the Freedom of Information Act, 5 U.S.C. § 552. In response to that order, the Reporters Committee for Freedom of the Press ("Reporters Committee" or "RCFP") and the Federal Bureau of Investigation ("FBI") and United States Department of Justice ("DOJ") (collectively, "Defendants"), by and through their undersigned counsel, respectfully jointly submit the following proposed schedule:

1. **July 2, 2018** for Defendants' motion for summary judgment;

2. **August 17, 2018** for Plaintiff's opposition to Defendants' motion, and any cross-motion for summary judgment by Plaintiffs;

3. **September 14, 2018** for Defendants' reply in support of Defendants' motion for summary judgment and opposition to Plaintiff's cross-motion if a cross-motion is filed; and

4. **October 5, 2018** for Plaintiff's reply in support of Plaintiff's cross-motion if a cross-motion is filed.

Wherefore, the parties respectfully request that the Court enter the attached proposed scheduling order.

Dated: May 8, 2018

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| */s/ Katie Townsend*<br>KATIE TOWNSEND, D.C. Bar # 1026115<br>JENNIFER A. NELSON, D.C. Bar # 1011387<br>1156 15th Street, NW, Suite 1250<br>Washington, District of Columbia 20005<br>Telephone: 202 795 9300<br>ktownsend@rcfp.org<br>jnelson@rcfp.org<br><br>*Counsel for Plaintiff* | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By: */s/ Johnny Walker*<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendants* |