UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE<br>FOR FREEDOM OF THE PRESS,<br>    *Plaintiff*,<br>    v.<br>FEDERAL BUREAU<br>OF INVESTIGATION, *et al.*,<br>    *Defendants*. | Civil Action No. 17-1701-RC |

# DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, the Department of Justice and the Federal Bureau of Investigation ("FBI"), move for partial summary judgment on the Freedom of Information Act claims by Plaintiff Reporters Committee for Freedom of the Press ("RCFP"). The FBI properly responded to RCFP's request for certain records by refusing to acknowledge the existence or nonexistence of those records because doing so would disclose law-enforcement techniques and risk circumvention of the law. Defendants are therefore entitled to summary judgment as to that aspect of the FBI's response.

Dated: July 23, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendants*