UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE<br>FOR FREEDOM OF THE PRESS,<br>    *Plaintiff*,<br>        v.<br>FEDERAL BUREAU<br>OF INVESTIGATION, *et al.*,<br>    *Defendants*. | Case 1:17-cv-01701-RC |

## PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME

Plaintiff Reporters Committee for Freedom of the Press respectfully requests a **two-week** extension of time to file their opposition to Defendants' motion for partial summary judgment and Plaintiff's motion for partial summary judgment and for all subsequent briefing deadlines. Plaintiff's motion is currently due on August 31, 2018. A complete revised schedule with all deadlines extended by two weeks is set forth in the proposed order filed with this motion.

This is the first time Plaintiff has needed to seek an extension of time to file during the course of this litigation. Counsel for Plaintiff has conferred with counsel for Defendants, and Defendants consent to the relief requested herein. The extension is warranted by the press of undersigned counsel's other litigation responsibilities.

Dated: August 23, 2018                                                     Respectfully Submitted,

                                                                             /s/ *Katie Townsend*
                                                                            Katie Townsend
                                                                            D.C. Bar No. 1026115
                                                                            THE REPORTERS COMMITTEE FOR
                                                                            FREEDOM OF THE PRESS
                                                                            1156 15th Street, NW, Suite 1250
                                                                            Washington, District of Columbia 20005
                                                                            Telephone: 202 795 9300
                                                                            ktownsend@rcfp.org

                                                                            *Counsel for Plaintiff*