UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE<br>FOR FREEDOM OF THE PRESS,<br>    *Plaintiff*,<br>    v.<br>FEDERAL BUREAU<br>OF INVESTIGATION, *et al.*,<br>    *Defendants*. | Case 1:17-cv-01701-RC |

## NOTICE OF FILING

Pursuant to Local Rule 5.4(e)(1), Plaintiff Reporters Committee for Freedom of the Press hereby gives notice that it has filed with the Court, via overnight mail, a DVD of the documentary film *No Man's Land* (2017), which is **Exhibit H** to the declaration of Katie Townsend filed in support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment and Plaintiff's Cross-Motion for Partial Summary Judgment. Exhibit H has also been served on counsel for Defendants via overnight mail.

Dated: September 14, 2018

                                                                       Respectfully submitted,

                                                                       */s/ Katie Townsend*_____
                                                                       Katie Townsend
                                                                       DC Bar No. 1026115
                                                                       Jennifer A. Nelson
                                                                       DC Bar No. 1011387
                                                                       Adam A. Marshall
                                                                       DC Bar No. 1029423
                                                                       THE REPORTERS COMMITTEE FOR
                                                                       FREEDOM OF THE PRESS
                                                                       1156 15th St. NW, Suite 1250
                                                                       Washington, DC 20005
                                                                       Phone: 202.795.9300
                                                                       Facsimile: 202.795.9310
                                                                       Email: ktownsend@rcfp.org

                                                                       *Counsel for Plaintiff*