UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, *Plaintiff*, v. FEDERAL BUREAU OF INVESTIGATION, *et al.*, *Defendants*. | Civil Action No. 17-1701 (RC) |

## JOINT STATUS REPORT

Plaintiff, the Reporters Committee for Freedom of the Press ("RCFP"), and Defendants, the Federal Bureau of Investigation ("FBI") and the United States Department of Justice, submit this joint status report in response to the Court's minute order dated July 17, 2019.

1.  On August 21, 2017, Plaintiff filed a complaint alleging that Defendants violated the Freedom of Information Act ("FOIA") by not releasing requested records about the FBI's impersonation of documentary filmmakers and film crews. ECF No. 1, ¶ 2. The request had eight parts. Items 1 through 5 sought records related to the criminal prosecution of Cliven Bundy and Gregory Burleson regarding Bundy's 2014 standoff with law enforcement. Items 6 through 8 sought records beyond the Bundy and Burleson prosecutions. Item 6 requested the production of "[a]ll records . . . referencing any other instance of impersonation of a documentary filmmaker and/or a documentary film crew by the FBI in connection with any criminal investigation since January 1, 2010." Item 7 sought the production of "[r]ecords of any 'professional credentials, websites and business cards' used by FBI agents in connection with the impersonation of a documentary filmmaker and/or a documentary film crew since January 1, 2010." And Item 8 targeted "records of the FBI's policies and practices concerning the impersonation of documentary filmmakers and/or documentary film crews."

2. The FBI issued a *Glomar* response with respect to Items 6 and 7, contending that acknowledging the existence of such records would reveal information protected from disclosure by Exemption 7(E). The parties proposed to file summary judgment motions solely on the propriety of the FBI's *Glomar* response, and the Court adopted that proposal. On March 1, 2019, the Court denied Defendants' motion for summary judgment and granted Plaintiff's cross-motion for summary judgment. *See* Mem. Op. (Mar. 1, 2019).

3. The parties previously filed joint status reports dated March 18, 2019; April 17, 2019; May 17, 2019; June 17, 2019; and July 17, 2019, updating the Court on the FBI's ongoing search for potentially responsive records.

4. The FBI has completed its search with respect to Items 6 and 7 and has collected approximately 125,000 pages of potentially responsive records that it will need to review page by page to determine whether any are responsive to RCFP's request. This responsiveness review is currently about 75% complete and is expected to be finished by November 18, 2019.

5. Accordingly, the parties propose to file a joint status report on or before <u>November 25, 2019</u>, updating the Court on the status of the FBI's response to RCFP's request and proposing a schedule for further proceedings.

*   *   *

Respectfully submitted,

| | |
|---|---|
| THE REPORTERS COMMITTEE FOR<br>  FREEDOM OF THE PRESS | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
|   /s/ Katie Townsend<br>KATIE TOWNSEND, D.C. Bar # 1026115<br>1156 15th Street, NW, Suite 1250<br>Washington, District of Columbia 20005<br>Telephone: 202 795 9300<br>ktownsend@rcfp.org | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| *Counsel for Plaintiff* | By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| Dated: October 17, 2019 | *Counsel for Defendants* |