# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 17-1701 (RC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sian Jones and remove the appearance of Assistant United States Attorney Johnny H. Walker, III as counsel of record for Defendants in the above-captioned case.

Dated:  December 31, 2019

Respectfully submitted,

*/s/ Sian Jones*
SIAN JONES
DC Bar # 1024062
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578
Fax: (202) 252-2599
Email: Sian.Jones@usdoj.gov